Doreen Cordeiro
1727 W. Emilita Av.
Apt 2068
(623)498-5354
Mesa, Az. 85202
April 1, 2011



Plaintiff
Doreen Cordeiro

Defendant
CSL Plasma/Hiring Persons

CV-11-643-PHX-FJM

Dear: Judge of the Federal Courts

This is a letter attachment in respect to you, on my behalf of filing a Lawsuit against the Defendant CSL Plasma on this matter.

COMPLAINT: I have not been recognized in any way for employment upon completion of a thural application, a background check, and an assessment that I passed and qualified for in 3 of the positions that I applied for. I feel rejected against with nowhere to stand.

JURISDICTION: I applied to all areas that were hiring, that would be Phoenix, Tempe, and Mesa, here in Arizona.

COMPLAINT: I have a daughter that is shy of 20 years old with a GED and no further knowledge of a health care environment that also applied to this company on February 5, 2011 took the same test and filled out an application on line. She was called in for an interview and was hired within 2 days. I myself have not been called in for an interview nor have I been notified that other candidates had the position. On my resume I have prior education and jobs that I have held in my past to get me employed and no effort is being made on my behalf within this company to give me a chance for employment. I feel my doors are constantly being shut down for no apparent reason. I have applied to this company in the past due to our economy seeking employment. I am a single mom and have made effort to keeping my files updated with CSL Plasma and having the background needed for three of the positions I have recently applied for. One position was a Receptionist Technician, Donor Support Technician which this is the position my daughter was hired for and in an email from CSL there has to be qualifications to qualify for this position. I feel I was denied employment against in my age of education and qualifications and persons with no skills getting placement.

DEMAND: $10.000 in failed to be able to get a job upon my children's way of seeing me and the suffering and embarrassment of being a person with education and prior history linking to being employed with in a health care or patient customer service atmosphere as being employable and an abled person.

*Doreen Cordeiro*    4/1/11

Doreen Cordeiro
1727 W. Emilita Av.
Apt 2068
Mesa, Az. 85202